## STATE BANK OF MONTICELLO v. J. A. LINDGREN AND ANOTHER.[1]

September 18, 1936.

No. 30,877.

*Junell, Driscoll, Fletcher, Dorsey & Barker, Kenneth M. Owen,* and *Donald West,* for appellant.

*S. A. Johnson* and *Henry Spindler,* for respondents.

PER CURIAM.

By stipulations of the parties and order herein, the decision in this case necessarily follows the decision in the case of the plaintiff against Lauterbach, 198 Minn. 98, 268 N. W. 918, the opinion in which is filed herewith.

Judgment affirmed.

[1]Reported in 268 N. W. 924.